IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-07-3835 |
| § | |
| $44,200.72 in U.S. CURRENCY SEIZED § | |
| FROM BANK OF AMERICA ACCOUNT § | |
| NO. *2103, § | |
| § | |
| Defendant. § | |

**FINAL ORDER OF FORFEITURE**

This court has granted the United Sates of America's Motion for Summary Judgment. It is therefore ordered that the $44,200.72 in United States currency seized from a Bank of America account in the name of Unico International, Inc. with the last four numbers 2103 (the Defendant Property) is hereby forfeited to the United States of America.

The United States of America may dispose of the Defendant Property in accordance with applicable law.

This is a final judgment.

SIGNED on June 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge